IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELO BOL,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES, Director of the Nebraska Department of Correctional Services,<br><br>　　　　　　Respondent. | **4:19CV3116**<br><br>**ORDER** |

　　　　IT IS ORDERED that Respondent's Motion to Substitute Party, Filing no. 12, is granted. Scott R. Frakes, Director of the Nebraska Department of Correctional Services, shall be substituted as Respondent in this case.

　　　　Dated this 21st day of April, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*

　　　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge